■ In the Matter of VICTOR R., a Person Alleged to be a Juvenile Delinquent, Appellant. [998 NYS2d 47]—Order of disposition, Family Court, Bronx County (Sidney Gribetz, J.), entered on or about July 12, 2012, which adjudicated appellant a juvenile delinquent upon his admission that he committed an act that, if committed by an adult, would constitute the crime of possession of box cutters in a public place or on school premises, and placed him on probation for a period of 12 months, unanimously affirmed, without costs.

The court properly denied appellant's suppression motion. School officials received information that appellant had made a threat, involving the use of a weapon, against a fellow student. The threatened student provided first-hand information that met the standard of reasonable suspicion applicable to school searches (see Matter of Gregory M., 82 NY2d 588, 592-593 [1993]), "particularly in light of the urgency of interdicting weapons in schools" (Matter of Steven A., 308 AD2d 359, 359 [1st Dept 2003]). Concur—Friedman, J.P., Acosta, Moskowitz, Richter and Clark, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANNA MICHALSKA, Appellant. [996 NYS2d 201]—Appeals having been taken to this Court by the above-named appellant from judgments of the Supreme Court, New York County (Edward J. McLaughlin, J.), rendered on or about February 7, 2011, said appeals having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentences not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Friedman, J.P., Acosta, Moskowitz, Richter and Clark, JJ.